EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

JUSTIN B. CLANCY
Special Assistant U.S. Attorney
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii  96850
Telephone: 440-9248
Facsimile: 541-2958
E-Mail: Justin.Clancy@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 03 2003

at __ o'clock and __ min __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR03-00002 DAE |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [18 U.S.C. § 922(g)(3); |
| | ) | 18 U.S.C. § 924(a)(2); |
| PETER K. SCHUBERT, | ) | H.R.S. § 708-836.5 and |
| | ) | 18 U.S.C. § 13] |
| Defendant. | ) | |
| | ) | |

INDICTMENT

Count 1

The Grand Jury charges that:

On or about December 23, 2002, in the District of Hawaii, PETER K. SCHUBERT, defendant herein, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and

affecting commerce ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

### Count 2

The Grand Jury further charges that:

On or about December 23, 2002, in the District of Hawaii, at a place within the special maritime and territorial jurisdiction of the United States, namely the Pearl Harbor Navy Exchange, PETER K. SCHUBERT, defendant herein, did intentionally and knowingly enter and remain unlawfully in a motor vehicle, with intent to commit therein a crime against a person and property rights.

//
//
//
//
//
//
//
//
//
//
//
//
//

All in violation of Hawaii Revised Statute, Section 708-836.5, and Title 18, United States Code, Section 13.

DATED: 3 January 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

JUSTIN B. CLANCY
Special Assistant U.S. Attorney

UNITED STATES v. PETER K. SCHUBERT
CR. NO.
INDICTMENT